UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT CIPOLLINI,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-558 |
| v. | : | (JUDGE MANNION) |
| | : | |
| **ERICA HILBURT,** *et al.*, | : | |
| Defendants | | |

### ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The April 19, 2022 report of Magistrate Judge Carlson, **(Doc. 6)**, is **ADOPTED IN ITS ENTIRETY**.

2. The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED**.

3. The clerk of court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: June 27, 2022**
22-558-01-Order